IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RACHEL GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 1: 23-CV-00079-DAC<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**JUDGMENT ENTRY** |

Consistent with this Court's contemporaneously filed Memorandum Opinion and Order, I **REVERSE** the Commissioner's decision denying disability insurance benefits and **REMAND** this matter for additional proceedings consistent with this decision.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE